**Order filed January 30, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01142-CV
_____

**ALTOM TRANSPORT, INC., Appellant**

**V.**

**MANUEL LOPEZ AND NINA LOPEZ INDIVIDUALLY AND MANUEL LOPEZ AS ADMINISTRATOR OF THE ESTATE OF CHRISTINA MARIE LOPEZ, DECEASED, Appellees**

**On Appeal from the Probate Court
Galveston County, Texas
Trial Court Cause No. 73804-A**

## O R D E R

The clerk's record was filed January 27, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the notice of appeal.

The Galveston County District Clerk is directed to file a supplemental clerk's record on or before February 26, 2014, containing the notice of appeal.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM